UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE BRASS<br><br>　　　　　　Plaintiff,<br><br>CHARLES DANIELS, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00074-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**GEORGE BRASS**<br>**#1045449** |

TO:　　　BRIAN WILLIAMS, WARDEN,
　　　　　　HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **GEORGE BRASS, #1045449**, is presently in custody of the Southern Desert Correctional Center, Indian Springs, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce the Plaintiff, on Thursday, June 1st, 2023, at the hour of 2:00 pm for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GEORGE BRASS, #1045449** is released and discharged by the said Court; and that **GEORGE BRASS, #1045449** shall thereafter be returned to the custody of the Warden, under safe and secure conduct.

**DATED** this 19the day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**