Joshua A. Dowling, Esq.
Nevada Bar No. 12956
William T. Sykes, Esq.
Nevada Bar No. 009916
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
Email: josh@claggettlaw.com;
        wsykes@claggettlaw.com

*Pro Bono Counsel for Plaintiff
George Brass*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE BRASS,<br><br>      Plaintiff,<br>v.<br><br>CHARLES DANIELS, director of Nevada Department of Corrections;<br>MICHAEL MINEV, an individual;<br>GREGORY BRYAN, an individual;<br>WILSON BERNALES, an individual;<br>DAVID RIVAS, an individual;<br>BENEDICTO GUTIERREZ, an individual;<br>RIO MANALANG, an individual;<br>GREGORY MARTIN, an individual;<br>JAYMIE CABRERA, an individual;<br>NONILON PERET, an individual;<br>NICHOLAS PARSONS, an individual;<br>DOES I-X, inclusive; collectively,<br><br>      Defendants. | Case No. 2:21-CV-00074-RFB-MDC<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT TO SUBSTITUTE THE ESTATE OF GREGORY MARTIN AS A DEFENDANT** |

- 1 -

IT IS HEREBY STIPULATED by and between Plaintiff, GEORGE BRASS, by and through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendants CHARLES DANIELS, et al., by and through their attorney of record, Mayra Garay, Esq., that Plaintiff be allowed to amend the Complaint to substitute MARY LEFLER as the Special Administrator for THE ESTATE OF GREGORY MARTIN, deceased, for GREGORY MARTIN, an individual. A proposed Third Amended Complaint is attached hereto as Ex. "1." The Caption in this matter shall now read:

| | |
|---|---|
| GEORGE BRASS,<br><br>      Plaintiff,<br>v.<br><br>CHARLES DANIELS, director of Nevada Department of Corrections;<br>MICHAEL MINEV, an individual;<br>GREGORY BRYAN, an individual;<br>WILSON BERNALES, an individual;<br>DAVID RIVAS, an individual;<br>BENEDICTO GUTIERREZ, an individual;<br>RIO MANALANG, an individual; MARY LEFLER as the Special Administrator for THE ESTATE OF GREGORY MARTIN, deceased;<br>JAYMIE CABRERA, an individual;<br>NONILON PERET, an individual;<br>NICHOLAS PARSONS, an individual;<br>DOES I-X, inclusive; collectively,<br><br>      Defendants. | Case No. 2:21-CV-00074-RFB-MDC |

/ / /

/ / /

/ / /

- 2 -

IT IS SO STIPULATED

| Dated this 28th day of June, 2024 | Dated this 28th day of June, 2024 |
|---|---|
| Claggett & Sykes Law Firm | State of Nevada - Office of the Attorney General |
| */s/ Joshua A. Dowling* <br> Joshua A. Dowling, Esq. <br> Nevada Bar No. 12956 <br> 4101 Meadows Lane, Ste. 100 <br> Las Vegas, Nevada 89107 <br> (702) 655-2346 – Telephone <br> (702) 655-3763 – Facsimile <br> Email: josh@claggettlaw.com; | */s/ Mayra Garay* <br> Mayra Garay, Esq. <br> Nevada Bar No. 15550 <br> 555 East Washington Ave., Ste 3900 <br> Las Vegas, Nevada 89101 <br> T: (702) 486-9252 <br> F: (702) 486-3773 <br> E: mgaray@ag.nv.gov |
| *Pro Bono Counsel for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED.

_____
United State Magistrate Judge

Dated: 7-2-24

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on the 28th day of June, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT TO SUBSTITUTE THE ESTATE OF GREGORY MARTIN AS A DEFENDANT** on the following person(s) by the following method(s) pursuant to FED. R. CIV.P. 68;

**Via E-Service and USPS Mail:**
George Brass, #1045449
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
E: HDSP_LawLibrary@doc.nv.gov
*Plaintiff*

**Via E-Service:**
AARON D. FORD
Attorney General
Mayra Garay, Esq. (Bar No. 15550)
Deputy Attorney General
State of Nevada - Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
T: (702) 486-3788
F: (702) 486-3773
E: mgaray@ag.nv.gov
*Attorney for Defendants*
*Wilson Bernales, Gregory Bryan,*
*Jaymie Cabrera, Charles Daniels,*
*Benedicto Gutierrez, Rio Manalang,*
*Gregory Martin, Michael Minev,*
*Nicholas Parsons, Nonilon Peret, and David Rivas*

                          */s/ Mary J. Pinkerton*
                          An Employee of
                          CLAGGETT & SYKES LAW FIRM

## Exhibit List

1     Proposed Third Amended Complaint